# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 30, 2014

## NO.  03-13-00625-CV

**Dr. Kyle Janek, Executive Commissioner of Texas Health and Human Services Commission; and Doug Wilson, Inspector General for the Office of Inspector General, Appellants**

**v.**

**Harlingen Family Dentistry, P.C., Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment signed by the trial court on October 2, 2013.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment.  The appellants shall pay all costs relating to this appeal, both in this Court and the court below.